UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESAR DA SILVA SIDINEI (A-241-663-400),

Petitioner,

v.

TONYA ANDREWS, WARDEN, GOLDEN STATE ANNEX, et al.,

Respondents.

No. 1:26-cv-6080 DC CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, a request for appointment of counsel and request to proceed in forma pauperis. Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a). Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On August 6, 2026, respondents filed an opposition to petitioner's motion for temporary restraining order, and stated they have no opposition to the Court ruling directly on the petition. (ECF No. 8 at 1.) On August 13, 2026, the district court denied petitioner's motion for temporary restraining order without prejudice to petitioner filing an amended petition addressing any lack of

foreseeable removal. (ECF No. 9 (citing Zadvydas v. Davis, 533 U.S. 678 (2001)).) As the district court noted, petitioner is detained under 8 U.S.C. § 1231(a)(6), "which authorizes continued detention where removal remains foreseeable and flight risk persists," and the instant petition does not allege the issue of foreseeable removal. (ECF No. 9.) The district court referred this matter to the magistrate judge. (Id.)

This Court will defer ruling on petitioner's request for appointment of counsel until after reviewing respondents' response to the amended petition, if any.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The request of petitioner Cesar Da Silva Sidinei (A-241-663-400), to proceed in forma pauperis (ECF No. 2) is granted.

2. Within 21 days from the date of this order, petitioner shall file an amended petition addressing whether his removal is foreseeable and any flight risk persists. An answer or motion to dismiss shall be filed seven days after being served with the amended petition. Petitioner's reply to an answer, or an opposition to a motion to dismiss shall be filed fourteen days after being served with either response.

3. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective. L.R. 182(f).

4. The Clerk of the Court shall serve petitioner a copy of the form for filing a habeas petition under 28 U.S.C. § 2241.

Dated: August 14, 2026

Chi Soo Kim

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/dasi6080.LTA.2241.imm