UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR DA SILVA SIDINEI, (A-241-663-400),<br>Petitioner,<br>v.<br>WARDEN, GOLDEN STATE ANNEX, et al.,<br>Respondents. | No. 1:26-cv-6080 DC CSK<br><br>ORDER |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On August 17, 2026, petitioner was ordered to file an amended petition within 21 days, and reminded of the parties' obligation to keep the Court apprised of their current addresses. (ECF No. 10.) Petitioner did not file an amended petition, and his copy of the order was returned as undeliverable. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. On September 11, 2026, this Court noted that online immigration records reflected that petitioner was no longer in ICE custody, see https//locator.ice.gov/odis, and ordered respondents to file a status report addressing petitioner's status. (ECF No. 11.) On September 15, 2026, respondents filed a status report indicating petitioner was removed from the United States on August 11, 2026. (ECF No. 12.) Therefore, petitioner is granted 14 days to show cause why this action should not be dismissed as moot.

Accordingly, IT IS HEREBY ORDERED that within 14 days of the date of this order, petitioner shall show cause why this action should not be dismissed as moot; failure to respond to this order will result in a recommendation of dismissal of this action.

Dated: September 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/silv6080.osc.moot